UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  **CV 20-1262-MWF(JCx)** | Date:  March 28, 2025 |
| Title  ***Sam Najimabadi v. Previo Genetics, Inc., et al.*** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 27, 2025, Defendant Previo Genetics, Inc. ("Previo") filed a Status Report Regarding Bankruptcy Proceedings.  (Docket No. 36).  Defendant represented that its bankruptcy case was no longer pending and had been closed.  On January 28, 2025, the Court filed an Order (the "Order" (Docket No. 37)) requiring the parties to meet and confer, and by no later than February 28, 2025, file a Joint Status Report setting forth the parties' proposal for how this case should now proceed.  If appropriate, the parties were to include their proposed deadlines and dates.

On March 27, 2025, Defendant Previo filed another Status Report Regarding Bankruptcy Proceedings.  (Docket No. 38).  Counsel for Defendant stated that Plaintiff did not contact Defendant to meet and confer, and that Defendant attempted to contact Plaintiff, but Plaintiff had been unresponsive to Defendant's attempt.  Defendant did not provide a declaration or other information regarding efforts to meet and confer with Plaintiff.

The Court now **ORDERS** Plaintiff to **SHOW CAUSE** (the "OSC") why this action should not be dismissed for lack of prosecution.  In response to this OSC, the Court will accept a Joint Status Report, to be prepared and filed by Plaintiff, that satisfies the requirements of the Court's Order, by no later than **APRIL 14, 2025**.  Defendant shall not unreasonably decline to be available to meet and confer with Plaintiff upon request.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-1262-MWF(JCx)**                                    Date: March 28, 2025

Title            ***Sam Najimabadi v. Previvo Genetics, Inc., et al.***

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the OSC.  Failure to respond to the OSC by **APRIL 14, 2025,** will result in the immediate dismissal of this action.

    IT IS SO ORDERED.