UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

**Case No.** CV 20-1262-MWF (JCx)          **Date:** April 17, 2025

**Title:** *Sam Najimabadi v. Previvo Genetics, Inc., et al.*

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER DISMISSING ACTION WITHOUT PREJUDICE

On January 27, 2025, Defendant Previvo Genetics, Inc. ("Previvo") filed a Status Report Regarding Bankruptcy Proceedings. (Docket No. 36). Upon review, the Court filed an Order (the "Order" (Docket No. 37)) requiring the parties to meet and confer, and by no later than February 28, 2025, file a Joint Status Report.

On March 27, 2025, Defendant Previvo filed a unilateral Status Report (the "Previvo Report"). (Docket No. 38). The Court filed an Order to Show Cause (the "OSC") on March 28, 2025. (Docket No. 39). The OSC required the parties to meet and confer, and ordered Plaintiff to to prepare and file a Joint Status Report by no later than April 14, 2025. The OSC warned that failure to respond by April 14, 2025, "will result in the immediate dismissal of this action." (*Id.* at 2).

It is well-established that a district court has authority to dismiss a plaintiff's action due to her failure to prosecute and/or to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629–30 (1962) (noting that district court's authority to dismiss for lack of prosecution is necessary to prevent undue delays in the disposition of pending cases and avoid congestion in district court calendars); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (stating that district court may dismiss action for failure to comply with any order of the court).

Before ordering dismissal, the Court must consider five factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 20-1262-MWF (JCx)   **Date:** April 17, 2025
**Title:**   *Sam Najimabadi v. Previvo Genetics, Inc., et al.*

docket; (3) the risk of prejudice to Defendant; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions. *See In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994) (failure to prosecute); *Ferdik*, 963 F.2d at 1260–61 (failure to comply with court orders).

Taking all of these factors into account, dismissal for lack of prosecution is warranted. Plaintiff was specifically warned that failure to respond to the OSC would result in dismissal of this action.

Accordingly, the action is **DISMISSED** *without prejudice*.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.